**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **VIET TRAN,** | ) | EDCV NO. 12-1257-RGK(AJW) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **BOARD OF PAROLE HEARINGS,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed.

Dated: September 27, 2012

_____
R. Gary Klausner
United States District Judge